United States Bankruptcy Court
District of Maryland

King,
    Plaintiff

Schlossberg,
    Defendant

Adv. Proc. No. 24-00007-MCR

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 26, 2024 | Form ID: pdfparty | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Brian King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| pla | + | Cristina King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| pla | + | Cristina and Brian King Children's Trust, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: trustee@schlosslaw.com | Apr 26 2024 19:13:00 | Roger Schlossberg, Law firm of Schlossberg Mastro & Scanlan, 18421 Henson Boulevard, Suite 201, PO Box 2067, Hagerstown, MD 21742-2067 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Frank J. Mastro | fmastro@schlosslaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Apr 26, 2024 Form ID: pdfparty Total Noticed: 4

lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

TOTAL: 2

Entered: April 26th, 2024
Signed: April 25th, 2024

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT GREENBELT

| | |
|---|---|
| In re:<br><br>GREGORY B. MYERS,<br><br>    Debtor. | Case Number: 15-26033-MCR<br>Chapter 7 |
| BRIAN KING, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROGER SCHLOSSBERG, TRUSTEE,<br><br>    Defendant. | Adversary Number: 24-00007-MCR |

### SCHEDULING ORDER

For good cause appearing, IT IS ORDERED:

1.  Under Local Bankruptcy Rule 7012-1, all parties have consented, or are deemed to have consented, to entry of final orders or judgments by the presiding bankruptcy judge.

2. The parties shall comply with the initial disclosure requirements set forth in Fed. R. Civ. P. 26(a)(1).

3. Expert witnesses and reports shall be disclosed as set forth in Fed. R. Civ. P. 26(a)(2) by August 30, 2024.

4. Discovery shall be completed by October 31, 2024.

5. Dispositive motions shall be filed and served by January 31, 2025.

6. A party must electronically pre-file its witness list, exhibit list, and all exhibits (except those to be used solely for rebuttal purposes) on the Court's docket using CM/ECF by March 31, 2025 as set forth herein and in Local Bankruptcy Rule 7016-1(c).  Each party shall attach the exhibits to the exhibit list with each exhibit appearing as a separate attachment and each exhibit labelled and numbered.  To the extent there is a conflict between this Order and Local Bankruptcy Rule 7016-1(c), this Order shall govern.  Any exhibit that is not pre-filed as required by this Order may be excluded from evidence.  The party must furnish a complete copy of the witness list, exhibit list, and all exhibits to each other party to the adversary proceeding at the time they are filed.

7. A party's pre-filed exhibits shall include any portion of a deposition transcript that will be offered by the party in its case in chief, and the party must identify the witness, date, and line and page references in the deposition transcript that the party intends to offer.  Any other party must make a counter-designation of other parts of the deposition transcript to be offered, as set forth in Fed. R. Civ. P. 32(a)(6), by April 14, 2025.

8. The deadline to object to exhibits and witnesses is April 29, 2025.  Exhibits not timely objected to in writing may be admitted if offered, and witnesses not timely objected to in writing may be allowed to testify if called.

9. Each party must file a pretrial statement, as set forth in Local Bankruptcy 7016-1(b), by April 29, 2025.

10. A final pretrial conference shall be held on May 7, 2025 at 10:00 a.m.  Unless the parties are notified otherwise, the final pretrial conference will be conducted by videoconference.

11. The parties estimated that the length of the trial will be two (2) days.

12. Trial is scheduled for May 12-13, 2025 at 10:00 a.m., 6500 Cherrywood Lane, Courtroom 3C, Greenbelt, MD 20770.

13. Failure to comply with this Order may result in sanctions being imposed by the Court on the offending party, including but not limited to dismissal of the action.

14. All parties are advised to review carefully Local Bankruptcy Rule 9037-1 concerning their obligations to limit the introduction of private information and to review transcripts to redact private information.

15. The parties shall read, be familiar with, and comply with the Court's Protocol for In-Person Hearings (https://www.mdb.uscourts.gov/judges-info/judge/maria-ellena-chavez-ruark).

cc:   All parties
      All counsel of record

**END OF ORDER**