IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| GREGORY B. MYERS, ) | Case No. 15-26033-MCR |
|     Debtor. ) | (Chapter 7) |
| ) | |
| ) | |
| BRIAN KING, *et al.*, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Adv. No.:  24-00007 |
| ) | |
| ROGER SCHLOSSBERG, TRUSTEE, ) | |
|     Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 30th day of December 2024, a copy of the *Notice of Trustee's Proposed Compromise and Settlement with King Plaintiffs* was sent to all of the parties listed on the attached CMECF Mail List (via electronic mail to those individuals listed on the Electronic Mail Notice List and via first-class mail, postage prepaid, to those individuals listed on the Manual Notice List) as well as via first-class mail, postage prepaid, to all parties listed on the attached Mailing Matrix as filed in these proceedings.

                  Respectfully submitted,

                  SCHLOSSBERG | MASTRO

                  By:   */s/ Frank J. Mastro*
                      Frank J. Mastro #24679
                      Roger Schlossberg
                      P.O. Box 2067
                      Hagerstown, MD 21742
                      (301) 739-8610
                      fmastro@schlosslaw.com
                      *Attorneys for Defendant,*
                      *Roger Schlossberg, Trustee*