# Mailing Information for Case 15-26033

**Electronic Mail Notice List** - Parties in the case only

- **Virginia W. Barnhart**    Virginia.Barnhart@wbd-us.com, carmen.cisneros@wbd-us.com
- **Hugh M. (UST) Bernstein**    hugh.m.bernstein@usdoj.gov
- **Kristine D Brown**    LOGSECF@logs.com
- **Daniel R Fogarty**    dfogarty.ecf@srbp.com
- **Daniel A. Glass**    dglass@eckertseamans.com
- **Steven L. Goldberg**    sgoldberg@mhlawyers.com, sgoldberg@ecf.inforuptcy.com;Goldberg.SteveR92003@notify.bestcase.com;cmartin@mhlawyers.com
- **Daniel Hodges**    hodges@ewmd.com
- **Gregory P. Johnson**    gjohnson@offitkurman.com
- **Nikita Rajendra Joshi**    Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com
- **Susan J. Klein**    sklein@fftlaw.com, lramsey@fftlaw.com
- **Lynn A. Kohen**    lynn.a.kohen@usdoj.gov
- **Kimberly Brooke Lane**    kbritt@ecu.org
- **Richard Edwin Lear**    richard.lear@hklaw.com, kimi.odonnell@hklaw.com;hapi@hklaw.com
- **Frank J. Mastro**    fmastro@schlosslaw.com
- **Stephen A. Metz**    smetz@offitkurman.com, mmargulies@offitkurman.com
- **Laurin Howard Mills**    Laurin@werthermills.com, roussy@samek-law.com
- **Valerie P. Morrison**    val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;Dylan.trache@nelsonmullins.com;Jason.gold@nelsonmullins.com
- **Jeffrey M. Orenstein**    jorenstein@wolawgroup.com
- **Craig Palik**    cpalik@mhlawyers.com, dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;Palik.CraigR92003@notify.bestcase.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com
- **Eric Pelletier**    epelletier@offitkurman.com, dramos@offitkurman.com
- **Daniel J. Pesachowitz**    dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- **Douglas B. Riley**    driley@baldwin-seraina.com
- **John Allen Roberts**    jaroberts@semmes.com, cdavis@semmes.com
- **Roger Schlossberg**    trustee@schlosslaw.com, MD20@ecfcbis.com
- **Roger Schlossberg**    bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com
- **Roger Charles Simmons**    rsimmons@gordonsimmons.com, dwise@gordonsimmons.com;jdziubla@gordonsimmons.com
- **Andrew Leonard Spivack**    andrew.spivack@brockandscott.com, wbecf@brockandscott.com
- **Paul Sweeney**    psweeney@yvslaw.com, jbeckman@yvslaw.com;pgomez@yvslaw.com;cadams@yvslaw.com;yvslawcmecf@gmail.com;sweeneypr39990@notify.bestcase.com;hopkincr39990@notify.bestcase.com;vmichaelides@yvslaw.com
- **Diana C. Theologou**    dtheologou@mtglaw.com
- **US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
- **Diana Carolina Valle**    diana.valle@vallelawfirm.com, 3517448420@filings.docketbird.com
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- **Joshua Welborn**    bankruptcymd@mwc-law.com, ftr432@aol.com
- **Frances Charlotte Wilburn**    fwilburn@offitkurman.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Benjamin Andres**
Gordon & Simmons, LLC
1050 Key Parkway, Suite 101
Frederick, MD 21702

**Bradford F. Englander**
Whiteford Taylor & Preston, LLP
3190 Fairview Park
Suite 800
Falls Church, VA 22042

**Gleason, Flynn, Emig & Fogleman, Chartered**
c/o Christopher C. Fogleman, Esquire
11 North Washington Street, Suite 400
Rockville, MD 20850-4278

**H. Jason Gold**
Nelson Mullins Riley & Scarborough LLP
101 Constitution Ave NW
Suite 900
Washington, DC 20001

**Hunter Harman**
Berkshire Hathaway Home Services
Beach Properties of FL
2063 Highway 395 South
Santa Rosa Beach, FL 32459

**IPFS Corporation**
30 Montgomery Street
Suite 1000
Jersey City, NJ 07302

**Barbara Ann Kelly**
4505 Wetherill Rd.
Bethesda, MD 20816

**Gregory B Myers**
700 Gulf Shore Boulevard North
Naples, FL 34102

**Michael K. Myers**
7728 Lee Avenue
Alexandria, VA 22308

**Serv Trust**
3158 Bravertown Street
Suite 206
Edgewater, MD 21037

**Tenants by the Entirety**
Roger Charles Simmons
Gordon & Simmons, LLC
1050 Key Parkway, Suite 101
Frederick, MD 21702

# List of Creditors and Parties

Back