```
Label Matrix for local noticing          6789 Goldsboro LLC                       Bank of America, N.A.
0416-0                                   c/o Susan J. Klein, Esquire              Treanor Pope & Hughes, P.A.
Case 15-26033                            Gordon Feinblatt LLC                     500 York Road
District of Maryland                     233 East Redwood Street                  Towson, MD 21204-5103
Greenbelt                                Baltimore, MD 21202-3332
Sat Dec 28 12:18:35 EST 2024

Gleason, Flynn, Emig & Fogleman, Chartered  (p)IPFS CORPORATION                   JPMorgan Chase Bank, National Association
c/o Christopher C. Fogleman, Esquire     30 MONTGOMERY STREET                     Nelson Mullins Riley & Scarborough LLP
11 North Washington Street, Suite 400    SUITE 1000                               101 Constitution Ave NW
Rockville, MD 20850-4278                 JERSEY CITY NJ 07302-3836                Suite 900
                                                                                  Washington, DC 20001-2133

McNamee, Hosea, Jernigan, Kim, Greenan & Lyn  Offit Kurman, P.A.                  Regions Bank
6411 Ivy Lane                            c/o James M. Hoffman, Esquire            1900 Fifth Street
Suite 200                                4800 Montgomery Lane                     Birmingham, AL 35203-2670
Greenbelt, MD 20770-1405                 9th Floor
                                         Bethesda, MD 20814-3429

Select Portfolio Servicing, Inc.         Serv Trust                               Specialized Loan Servicing, LLC
C/O McCabe, Weisberg & Conway, LLC       3158 Bravertown Street                   as Servicing Agent for Credit Suisse Fir
312 Marshall Avenue, Suite 800           Suite 206                                Luke Anthony McQueen
Laurel, MD 20707-4808                    Edgewater, MD 21037-2672                 SIWPC
                                                                                  6100 Executive Blvd Ste. 400
                                                                                  Rockville, MD 20852-3959

SunTrust Bank                            SunTrust Mortgage, Inc.                  Tenants by the Entirety
Randa S. Azzam                           c/o McCalla Raymer Pierce, LLC           Roger Charles Simmons
Samuel I. White, P.C.                    Bankruptcy Department                    Gordon & Simmons, LLC
611 Rockville Pike, Suite 100            1544 Old Alabama Road                    1050 Key Parkway, Suite 101
Rockville, MD 20852-1178                 Roswell, GA 30076-2102                   Frederick, MD 21702-4496

The Guardian Life Insurance Company of Ameri  U.S. BANK NA.                       U.S. Bank
c/o John AllenRoberts, Esquire           SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA  as successor trustee to Bank of America
Semmes, Bowen & Semmes, P.C.             James Gordon Bell                        Daniel A. Glass
25 S. Charles Street, Suite 1400         BWW Law Group                            Eckert Seamans Cherin & Mellott
Baltimore, MD 21201-2400                 6003 Executive Blvd., Suite 101          1717 Pennsylvania Ave., NW 12th Fl.
                                         Rockville, MD 20852-3813                 Washington, DC 20006-4614

U.S. Bank National Association           U.S. Bank National Association           U.S. Bank National Association
as Trustee and Wells Fargo Bank, N.A., t  as Trustee for Credit Suisse First Bosto  as Trustee for Credit Suisse First Bosto
c/o Douglas B. Riley, Esquire            Douglas B. Riley                         Robyn Anne McQuillen
Treanor Pope & Hughes, P.A.              Treanor Pope & Hughes, P.A.              Shapiro & Brown, LLP
500 York Road                            500 York Road                            10021 Balls Ford Road, Suite 200
Towson, MD 21204-5103                    Towson, MD 21204-5103                    Manassas, VA 20109-2666

U.S. Bank National Association           US Trustee - Greenbelt 11                6789 Goldsboro LLC
as Trustee for Credit Suisse First Bosto  6305 Ivy Lane, Suite 600                3925 Beech Avenue
Shapiro & Brown, LLP                     Greenbelt, MD 20770-6305                 Baltimore, MD 21211-2200
10021 Balls Ford Road, Suite 200
Manassas, VA 20109-2666

Bank of America National Association     Bank of America Represented by:          Bank of America, N.A.
Attn: Jason Perkins, Esquire             Samuel I White, P.C.                     Wells Fargo Bank, N.A.
Carlton Fields Jorden Burt               611 Rockville Pike                       Attention:  Bankruptcy Department (MAC#D
450 S. Orange Avenue, Suite 500          Suite 100                                3476 Stateview Boulevard
Orlando, FL 32801-3370                   Rockville, MD 20852-1178                 Fort Mill, SC 29715-7203

(p)U S SECURITIES AND EXCHANGE COMMISSION  Brian King                             Carlton Fields Jorden Burt
ATLANTA REG OFFICE AND REORG             c/o The VerStandig Law Firm, LLC         Attn: Jason Perkins, Esquire
950 E PACES FERRY RD NE STE 900          1452 W. Horizon Ridge Pkwy, #665         450 S. Orange Avenue
ATLANTA GA 30326-1382                    Henderson, Nevada 89012-4422             Orlando, FL 32801-3383
```

| | | |
|---|---|---|
| Cheffy Passidomo<br>821 Fifth Avenue South<br>Suite 201<br>Naples, FL 34102-6621 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Crew & Crew, P.A.<br>238 Miracle Strip Parkway, SW<br>Fort Walton Beach, FL 32548-6617 |
| Cristina King<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012-4422 | Cristina and Brian King Children's Trus<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012-4422 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-0100 | Gleason, Flynn, Emig & Fogleman, Charter<br>Attn: Christopher Fogleman, Esq.<br>11 North Washington Street, Suite 400<br>Rockville, MD 20850-4278 | Joan C. Myers<br>13428 Cleveland Drive<br>Rockville, MD 20850-3603 |
| Kenwood County Club<br>5601 River Road<br>Bethesda, MD 20816-1299 | Kenwood Golf and Country Club<br>c/o Stephen F. Allen, Esq.<br>301 S. Frederick Avenue<br>Gaithersburg, MD 20877-2328 | Mandell Menkes LLC<br>One North Franklin Street<br>Suite 3600<br>Chicago, IL 60606-3493 |
| McNamee Hosea Jernigan Kim Greenan & Lynch,<br>6411 Ivy Lane, Suite 200<br>Greenbelt, Maryland 20770-1405 | Michael K. Myers & Susan R. Myers<br>7728 Lee Avenue<br>Alexandria, VA 22308-1003 | Navy Federal Credit Union<br>Herbert A. Rosenthal, Chartered<br>5101 Wisconsin Avenue, NW<br>Suite 210<br>Washington, DC 20016-4137 |
| Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | Offit Kurman, P.A.<br>Attn: Miller John Poppleton, Esquire<br>8171 Maple Lawn Boulevard, Suite 200<br>Fulton, MD 20759-0001 | Offit Kurman, P.A.<br>James M. Hoffman, Esq.<br>4800 Montgomery Ln 9th Fl<br>Bethesda, MD 20814-3429 |
| Regions Bank<br>PO Box 216<br>Birmingham, AL 35201-0216 | Regions Bank<br>Peter P. Hargitai, Esquire<br>Andrew J. Steif, Esquire<br>50 North Laura Street, Suite 3900<br>Jacksonville, FL 32202-3622 | Seaside III Neighborhood Association,Inc<br>Attn: Seaside Town Council Inc.<br>P.O. Box 4957<br>Santa Rosa Beach, FL 32459-4957 |
| Secretary of the Treasury<br>15th and Pennsylvania Ave., N.W.<br>Washington, DC 20220-0001 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | Susan J. Klein, Esq.<br>Gordon Feinblatt LLC<br>233 East Redwood Street<br>Baltimore, MD 21202-3332 |
| Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste. L-15<br>Rockville, MD 20850-4188 | U.S. Bank NA<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | U.S. Bank National Association, as Trustee<br>America's Servicing Company<br>Attention: Bankruptcy Department (MAC#D<br>3476 Stateview Boulevard<br>Fort Mill, SC 29715-7203 |
| U.S. Bank, NA, successor trustee to BANA, su<br>c/o Select Portfolio Servicing, Inc.<br>PO Box 65250, Salt Lake City, Utah 84165 | U.S. Bank, as success trustee to BANA, succe<br>c/c Select Portfolio Servicing, Inc.<br>PO Box 65250<br>Salt Lake City, Utah 84165-0250 | U.S. Trustee<br>6305 Ivy Lane #600<br>Greenbelt, MD 20770-6305 |

| | | |
|---|---|---|
| US Bank NA, as Trustee<br>c/o Select Portfolio Servicing, Inc.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | US Bank National Association as Trustee<br>for Credit Suisse First Boston CSFB 2005<br>Carlton Fields Jorden Burt<br>450 S. Orange Avenue, Suite 500<br>Orlando, FL 32801-3370 | US Bank National Association, as Trustee<br>c/o ASC Servicing Company<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 |
| Barbara Ann Kelly<br>4505 Wetherill Rd.<br>Bethesda, MD 20816-1836 | Bradford F. Englander<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park<br>Suite 800<br>Falls Church, VA 22042-4558 | Gregory B Myers<br>700 Gulf Shore Boulevard North<br>Naples, FL 34102-5325 |
| Hunter Harman<br>Berkshire Hathaway Home Services<br>Beach Properties of FL<br>2063 Highway 395 South<br>Santa Rosa Beach, FL 32459-7191 | Laurin H. Mills<br>Samek, Werther & Mills, LLC<br>2000 Tower Oaks Blvd,<br>Suite 200<br>Rockville, MD 20852-4373 | Michael K. Myers<br>7728 Lee Avenue<br>Alexandria, VA 22308-1003 |
| Roger Schlossberg<br>P.O. Box 2067<br>Hagerstown, MD 21742-2067 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IPFS Corporation<br>30 Montgomery Street<br>Suite 1000<br>Jersey City, NJ 07302 | Branch of Reorganization<br>Sec. & Exch. Commission<br>3475 Lenox Road NE (Suite 1000)<br>Atlanta, GA 30327-1232 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 |
| (d)IPFS Corporation<br>30 Montgomery Street<br>Suite 1000<br>Jersey City, NJ 07302 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)6789 Goldsboro LLC<br>c/o Susan J. Klein, Esquire<br>Gordon Feinblatt LLC<br>233 East Redwood Street<br>Baltimore, MD 21202-3332 | (u)Bank of America, National Assn<br>INVALID ADDRESS PROVIDED | (u)Sachs & LaSeur, P.A.<br>INVALID ADDRESS PROVIDED |
| (d)Serv Trust<br>3158 Bravertown Street<br>Suite 206<br>Edgewater, MD 21037-2672 | (u)U.S. Attorney-District of MD<br>INVALID ADDRESS PROVIDED | End of Label Matrix<br>Mailable recipients    69<br>Bypassed recipients     5<br>Total                  74 |