# Exhibit E

9

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| BRIAN KING, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 436977-V |
| | ) |
| SERV TRUST, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| 6789 GOLDSBORO, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 451611-V |
| | ) |
| SERV TRUST, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL

COMES NOW, Plaintiffs, Brian King, Cristina King, and Brian King in his capacity as trustee of the Cristina and Brian King Children's Trust (collectively, the "King Parties"), and Defendant, Serv Trust, through Roger Schlossberg, the Chapter 7 Trustee of the Bankruptcy Estate of Gregory B. Myers, who is, by operation of law, now the sole legal representative of Serv Trust following this Court's judicial determination herein that Serv Trust is the alter ego of Gregory B. Myers, by and through their respective undersigned counsel, pursuant to Md. Rule 2-506(a), hereby stipulate and agree that Count I of Plaintiffs' First Amended Complaint (Declaratory Judgment: Redemption of Interests) in Case No.: 436977-V shall be, and is hereby, DISMISSED.

Respectfully submitted,

| THE VERSTANDIG LAW FIRM, LLC | SCHLOSSBERG | MASTRO |
|---|---|

| _/s/ Maurice B. VerStandig_ | _/s/ Frank J. Mastro_ |
|---|---|
| By: Maurice B. VerStandig #0912170262 | By: Frank J. Mastro #9612180213 |
| 1452 W. Horizon Ridge Pkwy., Suite 665 | P.O. Box 2067 |
| Henderson, NV 89012 | Hagerstown, MD 21742 |
| (301) 444-4600 | (301) 739-8610 |
| mac@mvbesq.com | fmastro@schlosslaw.com |
| _Counsel for Plaintiffs,_ | _Counsel for Defendant Serv Trust,_ |
| _Brian King, Cristina King, and Brian_ | _through Roger Schlossberg, Chapter 7_ |
| _King in his capacity as trustee of the_ | _Trustee of the Bankruptcy Estate of_ |
| _Cristina and Brian King Children's Trust_ | _Gregory B. Myers, the judicially-_ |
| | _determined alter ego of Serv Trust_ |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **7th** day of **May 2024**, I served a copy of the foregoing

_Stipulation of Dismissal_ via MDEC upon:

Frank J. Mastro, Esq.
Schlossberg | Mastro
P.O. Box 2067
Hagerstown, MD 21742
fmastro@schlosslaw.com
_Attorneys for Serv Trust_

Laurin H. Mills, Esq.
Samek Werther & Mills, LLC
2000 Tower Oaks Blvd., Suite 200
Rockville, MD 20852
laurin@samek-law.com

Eric Pelletier, Esq.
Frances Wilburn, Esq.
Offit Kurman, P.A.
4800 Montgomery Lane, Suite 900
Bethesda, MD 20814
epelletier@offitkurman.com
fwilburn@offitkurman.com
_Attorneys for 6789 Goldsboro LLC_

and via first-class, postage prepaid mail upon:

Gregory B. Myers
700 Gulf Shore Blvd. North
Naples, FL 34102
_Defendant_

_/s/ Maurice B. Verstandig_
Maurice B. Verstandig