# Mailing Information for Case 24-00007

**Electronic Mail Notice List** - Parties in the case only

- **Frank J. Mastro**    fmastro@schlosslaw.com
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Gregory B. Myers**
700 Gulf Shore Blvd N.
Naples, FL 34102

**List of Creditors and Parties**

Back