IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br>GREGORY B. MYERS,<br>　　　Debtor. | )<br>) Case No. 15-26033-MCR<br>)　　　(Chapter 7)<br>) |
| BRIAN KING, *et al.*,<br>　　　Plaintiffs, | )<br>)<br>)<br>) |
| v. | ) Adv. No.: 24-00007 |
| ROGER SCHLOSSBERG, TRUSTEE,<br>　　　Defendant. | )<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO STRIKE DEBTOR'S OBJECTION TO
TRUSTEE'S MOTION FOR APPROVAL OF PROPOSED COMPROMISE
AND SETTLEMENT WITH KING PLAINTIFFS**

Upon consideration of the *Motion to Strike Debtor's Objection to Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs* (the "*Motion*"), filed by Roger Schlossberg, the Chapter 7 Trustee herein, any opposition thereto, and this Court being fully advised and good cause appearing for the relief requested, it is hereby

**ORDERED**, that the *Motion* be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that *Gregory B. Myers's Preliminary Objection to the Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs*, [Dkt. # 19], shall be and is hereby **STRICKEN** from the record of this case.

## END OF ORDER

cc:   Roger Schlossberg, Esq.
      Frank J. Mastro, Esq.
      Maurice B. Verstandig, Esq.
      Gregory B. Myers, Debtor
      All persons requesting notice