IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| GREGORY B. MYERS, ) | Case No. 15-26033-MCR |
| ) | (Chapter 7) |
| Debtor. ) | |
| ) | |
| ) | |
| BRIAN KING, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. No.: 24-00007 |
| ) | |
| ROGER SCHLOSSBERG, TRUSTEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**TRUSTEE'S RESPONSE TO DEBTOR'S SUGGESTION OF BANKRUPTCY**

TO THE HONORABLE MARIA ELLENA CHAVEZ-RUARK, UNITED STATES BANKRUPTCY JUDGE:

Roger Schlossberg, Chapter 7 Trustee of the Bankruptcy Estate of Gregory B. Myers (the "Trustee"), by his undersigned counsel, hereby submits this response to the *Suggestion of Bankruptcy* filed by the Debtor, Gregory B. Myers, [Dkt. # 25], which requests that all further proceedings in the above-captioned case be stayed, and respectfully states:

1. On March 24, 2025, the Debtor filed a motion requesting the voluntary dismissal of his Chapter 13 bankruptcy case in District of Columbia. *See* In re Myers, Case No. 25-00069 (Bankr. D.D.C. 2025) at Dkt. #29.

2. On March 26, 2025, the District of Columbia bankruptcy court entered an *Order Granting Dismissal and Retaining Jurisdiction* in which it granted the Debtor's motion to dismiss

but retained jurisdiction to determine certain related pending motions. *Id*. at Dkt. #30. A copy of the *Order Granting Dismissal and Retaining Jurisdiction* is attached hereto as **Exhibit 1**.

3. Among the issues still to be decided by the District of Columbia bankruptcy court are whether the dismissal of the Debtor's case "will be with or without prejudice," *id*., and whether the court should "impose a bar to refiling in any bankruptcy court of no less than ten years after the order imposing the filing bar become final and non-appealable due to [the Debtor's] more than extraordinary abuse of the bankruptcy system" as set forth in a prior *Order to Show Cause* issued by the court. *Id*. at Dkt. #24. A copy of the *Order to Show Cause* is attached hereto as **Exhibit 2**.

4. Given that the Debtor's District of Columbia bankruptcy case has been dismissed, the Debtor's request to stay the proceedings herein is now moot.[1]

WHEREFORE, the Trustee respectfully requests that the Court dismiss the Debtor's *Suggestion of Bankruptcy* and proceed to adjudicate the pending Rule 9019 motion.

        Respectfully submitted,

        SCHLOSSBERG | MASTRO

        By:   */s/ Frank J. Mastro*
        Frank J. Mastro #24679
        Roger Schlossberg
        P.O. Box 2067
        Hagerstown, MD 21742
        (301) 739-8610
        fmastro@schlosslaw.com
        rschlossberg@schlosslaw.com
        *Attorneys for Roger Schlossberg, Trustee*

---

[1] It is doubtful that the automatic stay from the Debtor's Chapter 13 case in the District of Columbia ever applied to this adversary proceeding as the Debtor is not a party herein and the proposed settlement between the Trustee and the King Plaintiffs does not concern any property of the Debtor's Chapter 13 estate in the District of Columbia.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the **3rd** day of **April 2025**, I served a copy of the *Trustee's Response to Debtor's Suggestion of Bankruptcy* (the "*Trustee's Response*") upon all parties listed on the attached *CM-ECF Mailing Information*:

(a) via electronic mail to those individuals included on the *Electronic Mail Notice List* at those email addresses noted thereon;

(b) via first-class mail, postage prepaid, to those individuals included on the *Manual Notice List* as follows:

Gregory B. Myers
700 Gulf Shore Blvd. North
Naples, FL 34102
*Debtor*

Additional copies of the *Trustee's Response* were sent via first-class mail, postage prepaid, to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

                                            */s/ Frank J. Mastro*
                                            Frank J. Mastro