Entered: May 14th, 2025
Signed: May 13th, 2025

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **15–26033 – MCR**   Chapter: **7**   Adversary No.: **24–00007**

**Gregory B Myers**
Debtor

**Brian King, et al.**
Plaintiffs

vs.

**Roger Schlossberg**
Defendant

### ORDER DISSOLVING SHOW CAUSE ORDER
### AFTER RESPONSE

Upon consideration of the response filed by the Plaintiffs to the Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered February 27, 2024, is hereby DISSOLVED.

cc:   Plaintiffs

   Attorney for Plaintiffs – Maurice Belmont VerStandig

   Defendant

   Attorney for Defendant – Frank J. Mastro

### End of Order

39x12 (rev. 05/31/1990) – AdrienneFernandez