| | |
|---|---|
| **From:** | Greg Myers |
| **To:** | "Timothy Dugan"; "Brian King"; "Jeffrey Knight"; scrum@mhgpa.com; sroser@mhgpa.com |
| **Cc:** | "Erica H. Hilburger"; Greg Myers |
| **Subject:** | RE: Goldsboro Place = Message from Robert Kronenberg |
| **Date:** | Thursday, October 6, 2016 2:00:48 PM |

I'm good with October 19 or 25 (because those are the dates Jeff Knight can do).

**From:** Timothy Dugan [mailto:TDugan@shulmanrogers.com]
**Sent:** Thursday, October 06, 2016 4:01 PM
**To:** Gregory Myers (gregbmyers@verizon.net) <gregbmyers@verizon.net>; Brian King <brian@realestatedimensions.com>; Jeffrey Knight (jeffrey.knight@pillsburylaw.com) <jeffrey.knight@pillsburylaw.com>; scrum@mhgpa.com; sroser@mhgpa.com
**Cc:** Erica H. Hilburger <EHilburger@shulmanrogers.com>
**Subject:** Goldsboro Place = Message from Robert Kronenberg

Dear Greg, Brian, Jeff, Steve and Scott:

Robert Kronenberg contacted me today via email regarding our project and the 8/31/16 meeting, our submittal of additional information (the cross section and the perspective), and the subsequent 9/28/16 telephone call:

> Tim,
>
> Here are some dates and times available for our team.
>
> | | |
> |---|---|
> | Monday October 17 | 1:30-2:30 |
> | Wed. October 19 | 11-12 |
> | Tuesday October 25 | 9-10, 1-2 |
> | Wed. October 26 | 3-4 |
>
> This meeting is a follow up to our discussion and at your request before we issue formal resubmittal comments. We have reviewed the resubmittal package and do not believe the majority of the DRC comments have been resolved, with the same concerns still outstanding. We are happy to go over those comments and your resubmittal but we still cannot support your application. I'm here until 9:30 if you want to discuss further. Elza and Marco are also on the chain and can discuss as well.

First, please advise Erica Hilburger and me regarding your availability for the meeting dates and times.
mailto:ehilburger@shulmanrogers.com; mailto:tdugan@shulmanrogers.com

Second, Erica Hilburger and I will schedule a conference call with Greg Myers and Jeff Knight (and others as directed) to go over the strategy and any next steps before the meeting.

King002038

**Trustee Ex. 6**

Thank you.

Tim

122532.00003


## TIMOTHY DUGAN
ATTORNEY AT LAW

tdugan@shulmanrogers.com | T 301.230.5228 | F 301.230.2891

SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
12505 PARK POTOMAC AVENUE, 6TH FLOOR, POTOMAC, MD 20854
1600 Tysons Boulevard, Suite 200, McLean, VA 22102

**ShulmanRogers.com** | BIO | VCARD



The information contained in this electronic message and any attached documents is privileged, confidential, and protected from disclosure. It may be an attorney-client communication and, as such, is privileged and confidential. If you are not the intended recipient, note that any review, disclosure, copying, distribution, or use of the contents of this electronic message or any attached documents is prohibited. If you have received this communication in error, please destroy it and notify us immediately by telephone (1-301-230-5200) or by electronic mail (LawFirm@srgpe.com). Thank you.