

**Trustee Ex. 9**

LAST SOLD ON JUL 18, 2013 FOR $1,350,000

**6789 Goldsboro Rd,** Bethesda, MD 20817



| $2,016,270 | 3 | 2 | 4,236 |
|---|---|---|---|
| Redfin Estimate | Beds | Baths | Sq Ft |

### Is this your home?
Track this home's value and nearby sales activity

[ I own 6789 Goldsboro Rd ]

### Thinking of selling?
Estimated sale price

**$1.92M – $2.28M**

Reach more buyers when you sell with Redfin. Plus, you'll save **$20,163** in fees.

[ Schedule a selling consultation ]

Get an in-depth report about your home value and the Bethesda market.

[ Request a free analysis ]

### About this home

5+ acres unique opportunity to own this fabulous estate lot in close-in bethesda

| Single-family | 1935 | 5.23 acres |
|---|---|---|
| Property Type | Year Built | Lot Size |

$476
Est. Price/Sq.Ft.

Listed by Kristin Gerlach • Gerlach real estate, inc. • 301-656-8686 (broker)
Bought with Kristin Gerlach • Gerlach real estate, inc. • 301-656-8686 (broker)

Redfin checked: a minute ago (Jun 17, 2025 at 12:14pm) • Source: BRIGHT MLS #1004571588

### Redfin Estimate

**$2,016,270**

▲ **$666K** since sold in July 2013      ▲ **$34K** since April



● Recently sold homes      📈 Estimate history      🏠 Homes for sale

  

SOLD BY REDFIN JAN 3, 2025 | BOUGHT WITH REDFIN MAY 16, 2025 | SOLD SEP 27, 2024

| $1,400,000 | A | $1,515,000 | B | $1,213,000 | C |
|---|---|---|---|---|---|
| 3 beds  2.5 baths  3,404 sq | | 4 beds  3 baths  2,870 sq ft | | 3 beds  3 baths  2,464 sq ft | |
| 7105 Laverock Ln, Bethesda,… | | 7211 Macarthur Blvd,… | | 6615 Rannoch Rd, Bethesda,… | |

See comparables on map ▼

Claim this home to receive a free report every month with insights on the changing estimate.

[ I own 6789 Goldsboro Rd ]

### Homeowner tools



| | | Rental estimate |
|---|---|---|
| | **List your home for rent on Redfin for free** | **$6,677 /mo** |
| | | Based on similar rentals |
| | | Get started for free |

## Sale history for 6789 Goldsboro Rd

**Today**

| Jul 19, 2013 | Sold (Public Records) | $1,350,000 |
| Date | This was part of a multi-property sale. | Price |
| | Public Records | |

**Jul, 2013**

| Jul 18, 2013 | Sold (MLS) | $1,350,000 |
| Date | BRIGHT MLS #1004571506 | Price |
| Feb 15, 2013 | Listing Removed | — |
| Date | BRIGHT MLS #1004571506 | Price |
| Aug 30, 2011 | Listed | $1,495,000 |
| Date | BRIGHT MLS #1004571506 | Price |

  

Listing provided courtesy of Bright MLS

See all property history ˅

** Price available after *signing in*.

## Tax history for 6789 Goldsboro Rd

| Year | Property Tax | Land | + | Additions | = | Assessed Value ⓘ |
|---|---|---|---|---|---|---|
| 2024 | $19,429 (+5.8%) | | | | | |
| 2023 | $18,372 (+10.7%) | | | | | |
| 2022 | $16,593 (+0.6%) | | | | | |
| 2021 | $16,491 (+0.3%) | $997,800 | | $425,000 | | $1,422,800 |
| 2020 | $16,437 | | | | | |

Show more tax history ˅

## Property details