United States Bankruptcy Court
District of Maryland

King,

    Plaintiff

Adv. Proc. No. 24-00007-MCR

Schlossberg,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdfall | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory B. Myers, 700 Gulf Shore Blvd N., Naples, FL 34102-5325 |
| pla | + | Brian King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| pla | + | Cristina King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| pla | + | Cristina and Brian King Children's Trust, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: trustee@schlosslaw.com | | |
| | | | Jun 26 2025 19:18:00 | Roger Schlossberg, Law firm of Schlossberg Mastro & Scanlan, 18421 Henson Boulevard, Suite 201, PO Box 2067, Hagerstown, MD 21742-2067 |
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | | |
| | | | Jun 26 2025 19:18:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025              Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|

District/off: 0416-0                           User: admin                                  Page 2 of 2
Date Rcvd: Jun 26, 2025                        Form ID: pdfall                              Total Noticed: 6

Frank J. Mastro
                            fmastro@schlosslaw.com

Maurice Belmont VerStandig
                            mac@mbvesq.com
                            lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
                            ndiglaw@recap.email


TOTAL: 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

| | |
|---|---|
| In re: | **Case No.: 15–26033 – MCR**<br>**Chapter: 7** |
| **Gregory B Myers**<br>Debtor | |
| | **Adversary No.: 24–00007** |
| **Gregory B Myers** | |
| Appellant | |
| vs. | |
| **Roger Schlossberg**<br>**Brian King**<br>**Cristina King**<br>**Cristina and Brian King**<br>**Children's Trust** | |
| Appellee | |

## NOTICE OF FILING OF APPEAL
## TO THE UNITED STATES DISTRICT COURT

Pursuant to Federal Bankruptcy Rule 8003, you are hereby notified that a Notice of Appeal (a copy of which is attached) has been filed on June 25, 2025, in the above captioned case in which your appearance is entered as a party. Please consult the applicable Federal Bankruptcy Rules, Federal Rules of Appellate Procedure (where applicable) and Local Rules of this Court and of the U.S. District Court.

To assist the Clerk's office in perfecting the record on appeal, it is requested that parties follow one of the examples outlined below when preparing a Designation of Items to be included in the record on appeal. Also note that parties are responsible for providing to the Court copies of records designated, if appropriate. Parties are therefore encouraged to request and pay for copies, if appropriate, through the court so that such records may be submitted with the Designation.

| | |
|---|---|
| Example 1: | Debtor's Motion for Authority to use Cash Collateral and the accompanying memorandum filed January 3, 1995 ( Document #8) |

| | FILE DATE | PAPER NO. | PLEADING |
|---|---|---|---|
| Example 2: | | | |
| | 11/03/1994 | 1 | Petition and Schedules |

Dated: 6/26/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301–344–3327

cc:    All parties in interest

45x04 (rev. 01/22/2015) – LaurieArter



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

In re:

GREGORY B. MYERS,

     Debtor.

_____/

Case No. 15-26033-MCR
(Chapter 7)

BRIAN KING, *et al.*,

     Plaintiffs,

v.

ROGER SCHLOSSBERG, TRUSTEE,

     Defendant.

_____/

Adv. No. 24-00007

## NOTICE OF APPEAL [1]

     Debtor, Gregory B. Myers appeals to the United States District Court for the District of Maryland from the following orders, memorandums, notices, and rulings entered by the United States Bankruptcy Court for the District of Maryland in Adversary Case No. 24-00007:

1. *Order To Show Cause Why Complaint Should Not Be Dismissed For Want Of Prosecution* (Adv. No. 24-00007; Doc. 4).

2. *Order Granting Stipulation And Motion To Extend Time* (Adv. No. 24-00007; Doc. 7).

3. *Scheduling Order* (Adv. No. 24-00007; Doc. 15).

4. *Memorandum To Parties* (Adv. No. 24-00007; Doc. 27).

5. *Notice Of Evidentiary Hearing* (Adv. No. 24-00007; Doc. 29).

6. *Order Dissolving Show Cause Order After Response* (Adv. No. 24-00007; Doc. 32).

---

[1] See *Capron v. Van Noorden*, 6 U.S. 126 (1804).

3

7. *Notice Of Evidentiary Hearing* (Adv. No. 24-00007; Doc. 33).


The parties to this appeal are as follows:

Appellant: Gregory B. Myers

Appellee: Roger Schlossberg, Chapter 7 Trustee

Counsel:
Frank J. Mastro
Roger Schlossberg
Schlossberg & Mastro
18421 Henson Blvd., Suite 201
Hagerstown, MD 21742

Appellee: Brina King
Appellee: Cristina King
Appellee: Cristina and Brian King Children's Trust

Counsel:
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

Dated: June 25, 2025.


Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25, 2025, a copy of the foregoing was furnished to the

following parties:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

_____
Gregory B. Myers, *pro se*

3