IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GREGORY B. MYERS, | ) | Case No. 15-26033-MCR |
| | ) | |
| Debtor, | ) | |
| _____ | ) | |
| | ) | |
| BRIAN KING, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adversary Case No. 24-00007-MCR |
| v. | ) | |
| | ) | |
| ROGER SCHLOSSBERG, in His | ) | |
| Official Capacity as Chapter 7 Trustee | ) | |
| of the Bankruptcy Estate of Gregory B. | ) | |
| Myers, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINDER TO TRUSTEE'S OPPOSITION TO MOTION TO
DISMISS FOR FAILURE TO JOIN AN INDISPENSABLE PARTY**

Come now Brian King, Cristina King and the Cristina and Brian King Children's Trust (collectively, the "King Parties", by and through undersigned counsel, in opposition to the Motion to Dismiss for Failure to Join Indispensable Party (the "Motion," as found at DE #45), and state as follows:

The King Parties adopt, fully, the arguments of Roger Schlossberg, the chapter 7 trustee and defendant in this action (the "Trustee"), in opposition to the Motion. *See* Trustee's Opposition to Debtor's Motion to Dismiss for Failure to Join Indispensable Part, DE #69.

The King Parties additionally note Motion appears to be an effort to (i) relitigate a matter for which the debtor has already filed, and failed to prevail upon, an appeal, *see Myers v. King, et al.*, Case No. 8:23-cv-03511-DLB (D. Md. 2023) at DE #7.; (ii) ask this Honorable Court to sit as

1

an appellate tribunal above the Circuit Court for Montgomery County, Maryland, entertaining an appeal of an order for which the proper appellate timeline has long-since lapsed; and (iii) hold that the debtor, by electing to not attend a state court trial, somehow deprived the state court of legal authority to proceed on the merits in his absence.

Even if, *arguendo*, the debtor had cause to intervene in this proceeding, and even if, *arguendo*, the Motion was not rendered moot by the resolution of this action, none of these contentions would prove availing. The King Parties also remain deeply concerned by the debtor's seeming penchant for selectively quoting court records and using ellipses (or, as it is, asterisks) alongside a-contextual excerpt selections to deceptively proffer the occurrence of historic events.

WHEREFORE, the King Parties respectfully pray this Honorable Court deny the Motion and afford such other and further relief as may be just and proper.

*[Signature on Following Page]*

                                                                           Respectfully submitted,

Dated: July 14, 2025                              By: /s/ Maurice B. VerStandig
                                                             Maurice B. VerStandig, Esq.
                                                             Bar No. 18071
                                                             The VerStandig Law Firm, LLC
                                                             9812 Falls Road, #114-160
                                                             Potomac, Maryland 20854
                                                             Phone: (301) 444-4600
                                                             Facsimile: (301) 576-6885
                                                             mac@mbvesq.com
                                                             *Counsel for the King Parties*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 14th day of July, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to all counsel in this adversary proceeding.

    I DO FURTHER CERTIFY that on this 14th day of July, 2025, a copy of the foregoing was served via First Class Mail, postage prepaid, upon:

    Gregory Myers
    700 Gulf Shore Blvd. N
    Naples, Florida 34102
    *Debtor*

                                                              /s/ Maurice B. VerStandig
                                                              Maurice B. VerStandig