IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: )<br>GREGORY B. MYERS, )　Case No. 15-26033-MCR<br>　)<br>　Debtor. )　(Chapter 7)<br>　)<br>_____)<br>　)<br>BRIAN KING, *et al.*, )<br>　)<br>　Plaintiffs, )<br>　)<br>v. )　Adv. No.: 24-00007<br>　)<br>ROGER SCHLOSSBERG, TRUSTEE, )<br>　)<br>　Defendant. )<br>　)<br>_____) | |

## **ORDER DENYING MOTION TO DISQUALIFY COUNSEL**

Upon consideration of the *Motion to Disqualify Counsel* (the "*Motion*"), [Dkt. #49], filed herein by the Debtor, Gregory B. Myers, the oppositions thereto filed by Brian King, Cristina King, and the Cristina and Brian King Children's Trust (the "King Parties"), and Roger Schlossberg, the Chapter 7 Trustee herein, any reply memoranda, and this Court being fully advised, it is hereby

**ORDERED**, that the *Motion* be, and the same hereby is, **DENIED**.

**END OF ORDER**

cc: Roger Schlossberg, Esq.
    Frank J. Mastro, Esq.
    Maurice B. Verstandig, Esq.
    Gregory B. Myers, Debtor
    All persons requesting notice