IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| GREGORY B. MYERS, ) | Case No. 15-26033-MCR |
| ) | |
| Debtor. ) | (Chapter 7) |
| ) | |
| ) | |
| BRIAN KING, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. No.: 24-00007 |
| ) | |
| ROGER SCHLOSSBERG, TRUSTEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER DENYING SECOND MOTION TO DISQUALIFY JUDGE**

Upon consideration of the *Second Motion to Disqualify Judge Maria Ellena Chavez-Ruark* (the "*Second Motion*"), [Dkt. #57], filed herein by the Debtor, Gregory B. Myers, the opposition thereto filed by Roger Schlossberg, the Chapter 7 Trustee herein, any other opposition or reply memoranda filed in connection with the *Second Motion*, and this Court being fully advised, it is hereby

**ORDERED**, that the *Second Motion* be, and the same hereby is, **DENIED**.

**END OF ORDER**

cc: Roger Schlossberg, Esq.
    Frank J. Mastro, Esq.
    Maurice B. Verstandig, Esq.
    Gregory B. Myers, Debtor
    All persons requesting notice