IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS,

    Debtor.
_____/

BRIAN KING, *et al.*,

    Plaintiffs,

v.

ROGER SCHLOSSBERG, Trustee,

    Defendant.
_____/

GREGORY MYERS

    Third-Party Plaintiff,

v.

Case No. 15-26033-MCR
(Chapter 7)

Adv. No. 24-00007

1

JUDGE MARIA ELENA CHAVEZ-RUARK,
in her official capacity; 6789 GOLDSBORO LLC;
MAURICE VERSTANDIG; THE VERSTANDIG
LAW FIRM, LLC; FRANK MASTRO; and
SCHLOSSBERG & ASSOCIATES, P.A.

    Third-Party Defendants.

    /

## ORDER GRANTING MOTION FOR FINAL SUMMARY JUDGMENT AS TO COUNT I OF THIRD PARTY COMPLAINT AND DEMAND FOR TRIAL BY JURY

  Upon consideration of the *Third Party Plaintiff's Motion For Final Summary Judgment As To Count I Of Third Party Complaint And Demand For Trial By Jury* (the "Motion"); any opposition thereto, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

  **ORDERED**, that the Motion be, and hereby is, **GRANTED**

Copies:

Judge Maria Elena Chavez-Ruark
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Frank J. Mastro, Esq.
Schlossberg Mastro
P.O. Box 2067
Hagerstown, Maryland 21742
Email: fmastro@schlosslaw.com

2

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

Gregory Myers
700 Gulf Shore Blvd. N
Naples, Florida 34102
Email: gregbmyers@verizon.net