IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br>GREGORY B. MYERS,<br><br>    Debtor.<br>_____<br><br>BRIAN KING, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROGER SCHLOSSBERG, TRUSTEE,<br><br>    Defendant. | )<br>)  Case No. 15-26033-MCR<br>)<br>)  (Chapter 7)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Adv. No.: 24-00007<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER DENYING MOTION FOR SUMMARY JUDGMENT</u>**

Upon consideration of the "*Motion for Final Summary Judgment as to Count I of Third Party Complaint and Demand for Jury Trial*" (the "*Motion*"), [Dkt. #78], filed by the Debtor, Gregory B. Myers, the opposition thereto filed by Roger Schlossberg, the Chapter 7 Trustee herein, any other opposition or reply memoranda filed in connection with the *Motion*, and this Court being fully advised, it is hereby

**ORDERED**, that the *Motion* be, and the same hereby is, **DENIED**.

**END OF ORDER**

cc:   Roger Schlossberg, Esq.
 Frank J. Mastro, Esq.
 Maurice B. VerStandig, Esq.
 Gregory B. Myers, Debtor
 All persons requesting notice

2