IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS,

    Debtor.

_____/

BRIAN KING, *et al.*,

    Plaintiffs,

v.

ROGER SCHLOSSBERG, TRUSTEE,

    Defendant.

_____/

Case No. 15-26033-MCR
(Chapter 7)

Adv. No. 24-00007

## NOTICE OF APPEAL

GREGORY B. MYERS ("Mr. Myers") appeals to the United States District Court for the District of Maryland from the following orders entered by the United States Bankruptcy Court for the District of Maryland in Adv. No. 24-00007:

(i)     July 18, 2025, Order (Doc. 83) denying Mr. Myers's *Emergency Motion For Stay Pending Appeal* [**Exhibit A**]; and

(ii)    July 18, 2025, Order (Doc. 84) denying Mr. Myers's *Motion To Shorten Time To Respond To Emergency Motion For Stay Pending Appeal (Requesting Shortened Period of Wednesday, July 16, 2025 at 3:00 p.m.)* [**Exhibit B**].

The parties to this appeal are as follows:

    Appellant: Gregory B. Myers

1

Appellee: Roger Schlossberg, Chapter 7 Trustee

    Counsel:
    Frank J. Mastro
    Roger Schlossberg
    Schlossberg & Mastro
    18421 Henson Blvd., Suite 201
    Hagerstown, MD 21742

Appellee: Brina King
Appellee: Cristina King
Appellee: Cristina and Brian King Children's Trust

    Counsel:
    Maurice B. VerStandig, Esq.
    The VerStandig Law Firm, LLC
    1452 W. Horizon Ridge Pkwy., Suite 665
    Henderson, NV 89012

Dated: July 31, 2025.

                         Gregory B. Myers, *pro se*
                         700 Gulf Shore Blvd. N.
                         Naples, Florida 34102
                         (301) 325-2312
                         gregbmyers@verizon.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2025, the foregoing NOTICE OF APPEAL was filed with the Clerk of the Bankruptcy Court and a true and correct copy of same was served upon all parties registered to receive service by CM/ECF, including the following:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

                                                     Gregory B. Myers, *pro se*