# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

| | |
|---|---|
| In re: | Case No.: 15–26033 – MCR |
| **Gregory B Myers** | Chapter: 7 |
| Debtor | Adversary No.: 24–00007 |
| **Brian King** | |
| **Cristina King** | |
| **Cristina and Brian King** | |
| **Children's Trust** | |
| Appellant | |
| vs. | |
| **Roger Schlossberg** | |
| Appellee | |

## NOTICE OF FILING OF APPEAL
## TO THE UNITED STATES DISTRICT COURT

Pursuant to Federal Bankruptcy Rule 8003, you are hereby notified that a Notice of Appeal (a copy of which is attached) has been filed on July 31, 2025, in the above captioned case in which your appearance is entered as a party. Please consult the applicable Federal Bankruptcy Rules, Federal Rules of Appellate Procedure (where applicable) and Local Rules of this Court and of the U.S. District Court.

To assist the Clerk's office in perfecting the record on appeal, it is requested that parties follow one of the examples outlined below when preparing a Designation of Items to be included in the record on appeal. Also note that parties are responsible for providing to the Court copies of records designated, if appropriate. Parties are therefore encouraged to request and pay for copies, if appropriate, through the court so that such records may be submitted with the Designation.

| | | | |
|---|---|---|---|
| Example 1: | Debtor's Motion for Authority to use Cash Collateral and the accompanying memorandum filed January 3, 1995 ( Document #8) | | |
| Example 2: | FILE DATE | PAPER NO. | PLEADING |
| | 11/03/1994 | 1 | Petition and Schedules |

Dated: 8/1/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301–344–3327

cc:   All parties in interest

45x04 (rev. 01/22/2015) – LaurieArter

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS,

    Debtor.

_____/

BRIAN KING, *et al.*,

    Plaintiffs,

v.

ROGER SCHLOSSBERG, TRUSTEE,

    Defendant.

_____/

Case No. 15-26033-MCR
(Chapter 7)

Adv. No. 24-00007

## NOTICE OF APPEAL

GREGORY B. MYERS ("Mr. Myers") appeals to the United States District Court for the District of Maryland from the following orders entered by the United States Bankruptcy Court for the District of Maryland in Adv. No. 24-00007:

(i)     July 18, 2025, Order (Doc. 83) denying Mr. Myers's *Emergency Motion For Stay Pending Appeal* [**Exhibit A**]; and

(ii)     July 18, 2025, Order (Doc. 84) denying Mr. Myers's *Motion To Shorten Time To Respond To Emergency Motion For Stay Pending Appeal (Requesting Shortened Period of Wednesday, July 16, 2025 at 3:00 p.m.)* [**Exhibit B**].

The parties to this appeal are as follows:

    Appellant: Gregory B. Myers

1

Appellee: Roger Schlossberg, Chapter 7 Trustee

>Counsel:
>Frank J. Mastro
>Roger Schlossberg
>Schlossberg & Mastro
>18421 Henson Blvd., Suite 201
>Hagerstown, MD 21742

Appellee: Brina King
Appellee: Cristina King
Appellee: Cristina and Brian King Children's Trust

>Counsel:
>Maurice B. VerStandig, Esq.
>The VerStandig Law Firm, LLC
>1452 W. Horizon Ridge Pkwy., Suite 665
>Henderson, NV 89012

Dated: July 31, 2025.

/s/ Gregory B. Myers
Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2025, the foregoing NOTICE OF APPEAL was filed with the Clerk of the Bankruptcy Court and a true and correct copy of same was served upon all parties registered to receive service by CM/ECF, including the following:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

/s/ Gregory B. Myers
Gregory B. Myers, *pro se*

# Exhibit A

Entered: July 18th, 2025
Signed: July 18th, 2025

**DENIED**

The Debtor has not met his burden in demonstrating the four factors warranting the extraordinary relief of a stay pending appeal. See Culver v. Boozer, 285 B.R. 163 (D. Md. 2002) (setting forth four factors); In re Schweiger, 578 B.R. 734 (Bankr. D. Md. 2017) (denying stay pending appeal of lift stay order); and In re Symington, 211 B.R. 520, 522 (Bankr. D. Md. 1997) (a stay pending appeal is extraordinary relief). The Debtor's arguments in support of the motion were rejected by the Court at trial or are premised on arguments rejected by the Court at trial.



Maria Ellena Chavez-Ruark

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS,

    Debtor.

BRIAN KING, et al.,

    Plaintiffs,

v.

ROGER SCHLOSSBERG, Trustee,

    Defendant.

Case No. 15-26033-MCR
(Chapter 7)

Adv. No. 24-00007

**ORDER GRANTING EMERGENCY MOTION FOR STAY PENDING APPEAL**

1

Upon consideration of the Debtor's Emergency Motion For Stay Pending Appeal (the "Motion"); any opposition thereto, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Motion be, and hereby is, **GRANTED**

[Watermark: DENIED]

Copies:

Frank J. Mastro, Esq.
Schlossberg Mastro
P.O. Box 2067
Hagerstown, Maryland 21742
Email: fmastro@schlosslaw.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

Gregory Myers
700 Gulf Shore Blvd. N
Naples, Florida 34102
Email: gregbmyers@verizon.net

2

# Exhibit B

Entered: July 18th, 2025
Signed: July 18th, 2025

**DENIED**

The Court has ruled on the motion for stay pending appeal. Therefore, the motion to shorten time is denied as moot.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS,

Debtor.

Case No. 15-26033-MCR
(Chapter 7)

BRIAN KING, et al.,

Plaintiffs,

v.

ROGER SCHLOSSBERG, Trustee,

Defendant.

Adv. No. 24-00007

**ORDER GRANTING MOTION TO SHORTEN TIME TO RESPOND TO
EMERGENCY MOTION FOR STAY PENDING APPEAL**
(Requesting Shortened Period of Wednesday, July 16, 2025 at 3:00 p.m.)

1

Upon consideration of the Debtor's Motion To Shorten Time To Respond To Emergency Motion For Stay Pending Appeal (the "Motion"); any opposition thereto, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Motion be, and hereby is, **GRANTED**

**DENIED**

Copies:

Frank J. Mastro, Esq.
Schlossberg Mastro
P.O. Box 2067
Hagerstown, Maryland 21742
Email: fmastro@schlosslaw.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

Gregory Myers
700 Gulf Shore Blvd. N
Naples, Florida 34102
Email: gregbmyers@verizon.net

2