Entered: July 18th, 2025
Signed: July 18th, 2025

**DENIED**
The Debtor has not met his burden in demonstrating the four
factors warranting the extraordinary relief of a stay pending appeal.
See Culver v. Boozer, 285 B.R. 163 (D. Md. 2002) (setting forth
four factors); In re Schweiger, 578 B.R. 734 (Bankr. D. Md. 2017)
(denying stay pending appeal of lift stay order); and In re
Symington, 211 B.R. 520, 522 (Bankr. D. Md. 1997) (a stay pending
appeal is extraordinary relief). The Debtor's arguments in support of
the motion were rejected by the Court at trial or are premised on
arguments rejected by the Court at trial.



_Maria Ellena Chavez-Ruark_
—————————————————
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**



## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### (Greenbelt Division)

In re:

GREGORY B. MYERS,

    Debtor.

_____

BRIAN KING, et al.,

    Plaintiffs,

v.

ROGER SCHLOSSBERG, Trustee,

    Defendant.

_____

Case No. 15-26033-MCR
(Chapter 7)

Adv. No. 24-00007

### ORDER GRANTING EMERGENCY MOTION FOR STAY PENDING APPEAL

1

Upon consideration of the Debtor's Emergency Motion For Stay Pending Appeal (the "Motion"); any opposition thereto, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Motion be, and hereby is, **GRANTED**



Copies:

Frank J. Mastro, Esq.
Schlossberg Mastro
P.O. Box 2067
Hagerstown, Maryland 21742
Email: fmastro@schlosslaw.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

Gregory Myers
700 Gulf Shore Blvd. N
Naples, Florida 34102
Email: gregbmyers@verizon.net