United States Bankruptcy Court
District of Maryland

King,

Plaintiff

Adv. Proc. No. 24-00007-MCR

Schlossberg,

Defendant

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 01, 2025 | Form ID: pdfparty | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory B. Myers, 700 Gulf Shore Blvd N., Naples, FL 34102-5325 |
| pla | + | Brian King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| pla | + | Cristina King, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| pla | + | Cristina and Brian King Children's Trust, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: trustee@schlosslaw.com | | |
| | | | Aug 01 2025 19:25:00 | Roger Schlossberg, Law firm of Schlossberg Mastro & Scanlan, 18421 Henson Boulevard, Suite 201, PO Box 2067, Hagerstown, MD 21742-2067 |
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | | |
| | | | Aug 01 2025 19:25:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2025          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0416-0                              User: admin                                    Page 2 of 2
Date Rcvd: Aug 01, 2025                     Form ID: pdfparty                              Total Noticed: 6

Frank J. Mastro
                          fmastro@schlosslaw.com

Maurice Belmont VerStandig
                          mac@mbvesq.com
                          lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,versta
                          ndiglaw@recap.email


TOTAL: 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:

**Gregory B Myers**
Debtor

**Brian King**
**Cristina King**
**Cristina and Brian King**
**Children's Trust**

Appellant

vs.

**Roger Schlossberg**

Appellee

Case No.: 15–26033 – MCR
Chapter: 7

Adversary No.: 24–00007

## NOTICE OF FILING OF APPEAL
## TO THE UNITED STATES DISTRICT COURT

Pursuant to Federal Bankruptcy Rule 8003, you are hereby notified that a Notice of Appeal (a copy of which is attached) has been filed on July 31, 2025, in the above captioned case in which your appearance is entered as a party. Please consult the applicable Federal Bankruptcy Rules, Federal Rules of Appellate Procedure (where applicable) and Local Rules of this Court and of the U.S. District Court.

To assist the Clerk's office in perfecting the record on appeal, it is requested that parties follow one of the examples outlined below when preparing a Designation of Items to be included in the record on appeal. Also note that parties are responsible for providing to the Court copies of records designated, if appropriate. Parties are therefore encouraged to request and pay for copies, if appropriate, through the court so that such records may be submitted with the Designation.

Example 1:   Debtor's Motion for Authority to use Cash Collateral and the accompanying memorandum filed January 3, 1995 ( Document #8)

| Example 2: | FILE DATE | PAPER NO. | PLEADING |
|---|---|---|---|
|  | 11/03/1994 | 1 | Petition and Schedules |

Dated: 8/1/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301–344–3327

cc:   All parties in interest

45x04 (rev. 01/22/2015) – LaurieArter

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS,

    Debtor.

_____/

Case No. 15-26033-MCR
(Chapter 7)

BRIAN KING, *et al*.,

    Plaintiffs,

v.

ROGER SCHLOSSBERG, TRUSTEE,

    Defendant.

_____/

Adv. No. 24-00007

## NOTICE OF APPEAL

GREGORY B. MYERS ("Mr. Myers") appeals to the United States District Court for the District of Maryland from the following orders entered by the United States Bankruptcy Court for the District of Maryland in Adv. No. 24-00007:

(i)    July 18, 2025, Order (Doc. 83) denying Mr. Myers's *Emergency Motion For Stay Pending Appeal* [**Exhibit A**]; and

(ii)    July 18, 2025, Order (Doc. 84) denying Mr. Myers's *Motion To Shorten Time To Respond To Emergency Motion For Stay Pending Appeal (Requesting Shortened Period of Wednesday, July 16, 2025 at 3:00 p.m.)* [**Exhibit B**].

The parties to this appeal are as follows:

    Appellant: Gregory B. Myers

1

Appellee: Roger Schlossberg, Chapter 7 Trustee

    Counsel:
    Frank J. Mastro
    Roger Schlossberg
    Schlossberg & Mastro
    18421 Henson Blvd., Suite 201
    Hagerstown, MD 21742

Appellee: Brina King
Appellee: Cristina King
Appellee: Cristina and Brian King Children's Trust

    Counsel:
    Maurice B. VerStandig, Esq.
    The VerStandig Law Firm, LLC
    1452 W. Horizon Ridge Pkwy., Suite 665
    Henderson, NV 89012

Dated: July 31, 2025.


                            Gregory B. Myers, *pro se*
                            700 Gulf Shore Blvd. N.
                            Naples, Florida 34102
                            (301) 325-2312
                            gregbmyers@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2025, the foregoing NOTICE OF APPEAL was

filed with the Clerk of the Bankruptcy Court and a true and correct copy of same was served upon

all parties registered to receive service by CM/ECF, including the following:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012



      Gregory B. Myers, *pro se*

# Exhibit A

3

Case 24-00007   Doc 83   Filed 07/18/25   Page 1 of 2

Entered: July 18th, 2025
Signed: July 18th, 2025

**DENIED**
The Debtor has not met his burden in demonstrating the four
factors warranting the extraordinary relief of a stay pending appeal.
See Culver v. Boozer, 285 B.R. 163 (D. Md. 2002) (setting forth
four factors); In re Schweiger, 578 B.R. 734 (Bankr. D. Md. 2017)
(denying stay pending appeal of lift stay order); and In re
Symington, 211 B.R. 520, 522 (Bankr. D. Md. 1997) (a stay pending
appeal is extraordinary relief). The Debtor's arguments in support of
the motion were rejected by the Court at trial or are premised on
arguments rejected by the Court at trial.



*Maria Ellena Chavez-Ruark*

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS,                                    Case No. 15-26033-MCR

Debtor.                                              (Chapter 7)

BRIAN KING, et al.,

Plaintiffs,

v.                                                   Adv. No. 24-00007

ROGER SCHLOSSBERG, Trustee,

Defendant.

**ORDER GRANTING EMERGENCY MOTION FOR STAY PENDING APPEAL**

1

2

Upon consideration of the Debtor's Emergency Motion For Stay Pending Appeal (the "Motion"); any opposition thereto, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Motion be, and hereby is, **GRANTED**

Copies:

Frank J. Mastro, Esq.
Schlossberg Mastro
P.O. Box 2067
Hagerstown, Maryland 21742
Email: fmastro@schlosslaw.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy. #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

Gregory Myers
700 Gulf Shore Blvd. N
Naples, Florida 34102
Email: gregbmyers@verizon.net

2

# Exhibit B

3

Entered: July 18th, 2025
Signed: July 18th, 2025

**DENIED**

The Court has ruled on the motion for stay pending appeal.
Therefore, the motion to shorten time is denied as moot.



*Maria Elena Chavez-Ruark*

MARIA ELENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS,                    Case No. 15-26033-MCR
                                     (Chapter 7)
Debtor.

BRIAN KING, et al.,

Plaintiff,

v.                                   Adv. No. 24-00007

ROGER SCHLOSSBERG, Trustee,

Defendant.


ORDER GRANTING MOTION TO SHORTEN TIME TO RESPOND TO
EMERGENCY MOTION FOR STAY PENDING APPEAL
(Requesting Shortened Period of Wednesday, July 16, 2025 at 3:00 p.m.)

1

2

Upon consideration of the Debtor's Motion To Shorten Time To Respond To Emergency

Motion For Stay Pending Appeal (the "Motion"); any opposition thereto, the record herein, and

applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Motion be, and hereby is, **GRANTED**

Copies:

Frank J. Mastro, Esq.
Schlossberg Mastro
P.O. Box 2067
Hagerstown, Maryland 21742
Email: fmastro@schlosslaw.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

Gregory Myers
700 Gulf Shore Blvd. N
Naples, Florida 34102
Email: gregbmyers@verizon.net

2