IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GREGORY B. MYERS, | ) | Case No. 15-26033-MCR |
| | ) | |
| Debtor, | ) | |
| ——————————— | ) | |
| | ) | |
| BRIAN KING, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adversary Case No. 24-00007-MCR |
| v. | ) | |
| | ) | |
| ROGER SCHLOSSBERG, in His | ) | |
| Official Capacity as Chapter 7 Trustee | ) | |
| of the Bankruptcy Estate of Gregory B. | ) | |
| Myers, | ) | |
| | ) | |
| Defendant. | ) | |
| ——————————— | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Come now Brian King, Cristina King and the Cristina and Brian King Children's Trust, alongside Roger Schlossberg in his official capacity as chapter 7 trustee of the bankruptcy estate of Gregory B. Myers, by and through respective undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and give notice of the dismissal of the above-captioned action, *with prejudice*.

*[Signatures on Following Page]*

1

                                                    Respectfully submitted,

Dated: August 5, 2025                     By: /s/ Maurice B. VerStandig
                                                    Maurice B. VerStandig, Esq.
                                                    Bar No. 18071
                                                    The VerStandig Law Firm, LLC
                                                    9812 Falls Road, #114-160
                                                    Potomac, Maryland 20854
                                                    Phone: (301) 444-4600
                                                    Facsimile: (301) 576-6885
                                                    mac@mbvesq.com
                                                    *Counsel for the King Parties*

                                                    /s/ Frank J. Mastro (signed w/ express permission)
                                                    Frank J. Mastro, Esq.
                                                    Bar No. #24679
                                                    Schlossberg Mastro
                                                    P.O. Box 2067
                                                    Hagerstown, MD 21742
                                                    (301) 739-8610
                                                    fmastro@schlosslaw.com
                                                    *Attorneys for Defendant, Roger Schlossberg, Trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of August, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to all counsel in this adversary proceeding.

I DO FURTHER CERTIFY that on this 5th day of August, 2025, a copy of the foregoing was served via First Class Mail, postage prepaid, upon:

    Gregory Myers
    700 Gulf Shore Blvd. N
    Naples, Florida 34102
    *Debtor*

                                                               /s/ Maurice B. VerStandig
                                                               Maurice B. VerStandig