IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS,

    Debtor.

_____/

BRIAN KING, et al.,

    Plaintiffs,

v.

ROGER SCHLOSSBERG, TRUSTEE,

    Defendant.

_____/

Case No. 15-26033-MCR
(Chapter 7)

Adv. No. 24-00007

**APPELLANT'S NOTICE OF FILING OF HEARING TRANSCRIPTS**

NOTICE IS HEREBY GIVEN, pursuant to the applicable Federal Rules of Bankruptcy Procedure, including Fed. R. Bankr. P. 8009(b)(5), that the following hearing transcripts have been filed on the docket of the United States Bankruptcy Court for the District of Maryland:

1. Transcript of hearing held on June 30, 2025, before the Honorable Maria Ellena Chavez-Ruark, in re: Adv. No. 24-00007, filed on January 7, 2026, Docket No. 1093.

2. Transcript of hearing held on July 1, 2025, before the Honorable Maria Ellena Chavez-Ruark, in re: Adv. No. 24-00007, filed on January 7, 2026, Docket No. 1094.

These transcripts were timely ordered on July 31, 2025, following the filing of the Notice of Appeal, and are designated for inclusion in the record on appeal pursuant to Appellant's Supplemental Designation of Record on Appeal filed contemporaneously herewith.

1



RESPECTFULLY SUBMITTED on January 9, 2026.

          /s/ Gregory B. Myers
Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2026, APPELLANT'S NOTICE OF FILING OF HEARING TRANSCRIPTS was filed with the Clerk of the Bankruptcy Court and a true and correct copy of same was served upon all parties registered to receive service by CM/ECF, including the following:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

          /s/ Gregory B. Myers
Gregory B. Myers, *pro se*