IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS,

    Debtor.
_____/

BRIAN KING, *et al.*,

    Plaintiffs,

v.

ROGER SCHLOSSBERG, TRUSTEE,

    Defendant.
_____/

Case No. 15-26033-MCR
(Chapter 7)

Adv. No. 24-00007

## APPELLANT'S SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL

Debtor, GREGORY B. MYERS ("Mr. Myers" or "Debtor" or "Appellant"), *pro se*, pursuant to the applicable Federal Rules of Bankruptcy Procedure, including Fed. R. Bankr. P. 8009(e), hereby supplements the record on appeal to include hearing transcripts that were not available at the time of Appellant's initial designation of the record and that were designated promptly upon receipt.

Supplemental Items Designated for Inclusion in the Record

1. **Transcript of hearing held on June 30, 2025**, before the Honorable Maria Ellena Chavez-Ruark, concerning Adv. No. 24-00007, filed on the bankruptcy court docket on January 7, 2026, Docket No. 1093.

2. **Transcript of hearing held on July 1, 2025,** before the Honorable Maria Ellena

Chavez-Ruark, concerning Adv. No. 24-00007, filed on the bankruptcy court docket on January 7, 2026, Docket No. 1094.

Explanation of Timing:

- Appellant filed the Notice of Appeal on July 17, 2025.
- Appellant timely ordered the hearing transcripts on July 31, 2025, from ESCRIBERS, 7227 North 16th Street, Suite #207, Phoenix, Arizona 85020 ("Escribers")
- At the time of ordering, the estimated cost of the transcripts was approximately $2,900.
- The transcripts were not released until payment could be completed.
- Appellant completed payment as soon as practicable, and Escribers filed the transcripts with the bankruptcy court on January 7, 2026.
- This Supplemental Designation is filed promptly upon receipt and filing of the transcripts.

This supplementation is expressly authorized by Rule 8009(e), is made in good faith, and ensures a complete and accurate appellate record. Appellee suffers no prejudice from inclusion of these materials.

RESPECTFULLY SUBMITTED on January 9, 2026.

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2026, APPELLANT'S SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL was filed with the Clerk of the Bankruptcy Court and a true and correct copy of same was served upon all parties registered to receive service by CM/ECF, including the following:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

_____
Gregory B. Myers, *pro se*