Entered: April 15th, 2026
Signed: April 14th, 2026

**SO ORDERED**

For the reasons stated in the King Parties' opposition at Dkt. No.
67, the motion is denied.



_Maria Ellena Chavez-Ruark_
_____
**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GREGORY B. MYERS, | ) | Case No. 15-26033-MCR |
| | ) | |
| Debtor, | ) | |
| _____ | ) | |
| | ) | |
| BRIAN KING, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adversary Case No. 24-00007-MCR |
| v. | ) | |
| | ) | |
| ROGER SCHLOSSBERG, in His Official | ) | |
| Capacity as Chapter 7 Trustee of the | ) | |
| Bankruptcy Estate of Gregory B. Myers, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER DENYING DEBTOR'S MOTION TO DISQUALIFY COUNSEL

Upon consideration of the Debtor's Motion to Disqualify Counsel (the "Motion," as found

at DE #49); the opposition of Brian King, Cristina King and the Cristina and Brian King Children's

Trust thereto, the arguments set forth in the aforesaid opposition, the record herein, and applicable

law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

1

2

ORDERED, that the Motion be, and hereby is, DENIED

Copies:

Frank J. Mastro, Esq.
Schlossberg Mastro
P.O. Box 2067
Hagerstown, Maryland 21742
Email: fmastro@schlosslaw.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

Gregory Myers
700 Gulf Shore Blvd. N
Naples, Florida 34102