United States Bankruptcy Court

District of Maryland

King,

    Plaintiff

Adv. Proc. No. 24-00007-MCR

Schlossberg,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0416-0                  User: admin                  Page 1 of 1

Date Rcvd: Apr 15, 2026          Form ID: pdfparty          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

**Recip ID**                  **Recipient Name and Address**
db                  +   Gregory B. Myers, 700 Gulf Shore Blvd N., Naples, FL 34102-5325

                         +   Maurice B. VerStandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026             Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Frank J. Mastro | fmastro@schlosslaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

TOTAL: 2

Entered: April 15th, 2026
Signed: April 14th, 2026

**SO ORDERED**

For the reasons stated in the King Parties' opposition at Dkt. No. 67, the motion is denied.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GREGORY B. MYERS, | ) | Case No. 15-26033-MCR |
| | ) | |
| Debtor, | ) | |
| _____ | ) | |
| | ) | |
| BRIAN KING, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adversary Case No. 24-00007-MCR |
| v. | ) | |
| | ) | |
| ROGER SCHLOSSBERG, in His Official | ) | |
| Capacity as Chapter 7 Trustee of the | ) | |
| Bankruptcy Estate of Gregory B. Myers, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER DENYING DEBTOR'S MOTION TO DISQUALIFY COUNSEL

Upon consideration of the Debtor's Motion to Disqualify Counsel (the "Motion," as found at DE #49); the opposition of Brian King, Cristina King and the Cristina and Brian King Children's Trust thereto, the arguments set forth in the aforesaid opposition, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

1

ORDERED, that the Motion be, and hereby is, DENIED

Copies:

Frank J. Mastro, Esq.
Schlossberg Mastro
P.O. Box 2067
Hagerstown, Maryland 21742
Email: fmastro@schlosslaw.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

Gregory Myers
700 Gulf Shore Blvd. N
Naples, Florida 34102

2