# Exhibit A

Entered: April 15th, 2026
Signed: April 14th, 2026

**SO ORDERED**

For the reasons stated in the Trustee's opposition at Dkt. No. 68, the motion is denied.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re: | ) |
| GREGORY B. MYERS, | ) Case No. 15-26033-MCR |
| Debtor. | ) (Chapter 7) |
| BRIAN KING, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Adv. No.: 24-00007 |
| ROGER SCHLOSSBERG, TRUSTEE, | ) |
| Defendant. | ) |

### ORDER DENYING MOTION TO INTERVENE IN ADVERSARY PROCEEDING

Upon consideration of the *Motion to Intervene in Adversary Proceeding* (the "*Motion*"), [Dkt. #43], filed by the Debtor, Gregory B. Myers, the opposition thereto filed by Roger Schlossberg, the Chapter 7 Trustee herein, any other opposition or reply memoranda filed in connection with the *Motion*, and this Court being fully advised, it is hereby

**ORDERED**, that the *Motion* be, and the same hereby is, **DENIED**.

**END OF ORDER**

cc:    Roger Schlossberg, Esq.
        Frank J. Mastro, Esq.
        Maurice B. Verstandig, Esq.
        Gregory B. Myers, Debtor
        All persons requesting notice