# Exhibit C

Entered: April 15th, 2026
Signed: April 14th, 2026

## SO ORDERED

For the reasons stated in the Trustee's opposition at Dkt. No. 72, the motion is denied.



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br>GREGORY B. MYERS,<br><br>    Debtor. | )<br>) Case No. 15-26033-MCR<br>)<br>) (Chapter 7)<br>) |
| BRIAN KING, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROGER SCHLOSSBERG, TRUSTEE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Adv. No.: 24-00007<br>)<br>)<br>)<br>) |

### <u>ORDER DENYING MOTION TO DISQUALIFY JUDGE</u>

Upon consideration of the *Motion to Disqualify Judge Maria Ellena Chavez-Ruark* (the "*Motion*"), [Dkt. #47], filed herein by the Debtor, Gregory B. Myers, the opposition thereto filed by Roger Schlossberg, the Chapter 7 Trustee herein, any other opposition or reply memoranda filed in connection with the *Motion*, and this Court being fully advised, it is hereby

**ORDERED**, that the *Motion* be, and the same hereby is, **DENIED**.

### END OF ORDER

cc:    Roger Schlossberg, Esq.
       Frank J. Mastro, Esq.
       Maurice B. Verstandig, Esq.
       Gregory B. Myers, Debtor
       All persons requesting notice