# Exhibit D

Entered: April 15th, 2026
Signed: April 14th, 2026

## SO ORDERED

For the reasons stated in the King Parties' opposition at Dkt. No. 67, the motion is denied.



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re:           ) <br><br> GREGORY B. MYERS,    ) <br><br>     Debtor,       ) <br> _____) <br><br> BRIAN KING, *et al.*,     ) <br><br>     Plaintiffs,    ) <br><br> v.              ) <br><br> ROGER SCHLOSSBERG, in His Official ) <br> Capacity as Chapter 7 Trustee of the ) <br> Bankruptcy Estate of Gregory B. Myers, ) <br><br>     Defendant.   ) <br> _____) | Case No. 15-26033-MCR <br><br><br><br><br> Adversary Case No. 24-00007-MCR |

## <u>ORDER DENYING DEBTOR'S MOTION TO DISQUALIFY COUNSEL</u>

Upon consideration of the Debtor's Motion to Disqualify Counsel (the "Motion," as found at DE #49); the opposition of Brian King, Cristina King and the Cristina and Brian King Children's Trust thereto, the arguments set forth in the aforesaid opposition, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, DENIED

Copies:

Frank J. Mastro, Esq.
Schlossberg Mastro
P.O. Box 2067
Hagerstown, Maryland 21742
Email: fmastro@schlosslaw.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

Gregory Myers
700 Gulf Shore Blvd. N
Naples, Florida 34102