# Exhibit E

Entered: April 15th, 2026
Signed: April 14th, 2026

**SO ORDERED**

For the reasons stated in the Trustee's opposition at Dkt. No. 74,
the motion is denied.



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re: <br> GREGORY B. MYERS, <br><br> Debtor. | ) <br> ) Case No. 15-26033-MCR <br> ) <br> ) (Chapter 7) <br> ) |
| BRIAN KING, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> ROGER SCHLOSSBERG, TRUSTEE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Adv. No.: 24-00007 <br> ) <br> ) <br> ) <br> ) |

## ORDER DENYING SECOND MOTION TO DISQUALIFY JUDGE

Upon consideration of the *Second Motion to Disqualify Judge Maria Ellena Chavez-Ruark* (the "*Second Motion*"), [Dkt. #57], filed herein by the Debtor, Gregory B. Myers, the opposition thereto filed by Roger Schlossberg, the Chapter 7 Trustee herein, any other opposition or reply memoranda filed in connection with the *Second Motion*, and this Court being fully advised, it is hereby

**ORDERED**, that the *Second Motion* be, and the same hereby is, **DENIED**.

**END OF ORDER**

cc:   Roger Schlossberg, Esq.
      Frank J. Mastro, Esq.
      Maurice B. Verstandig, Esq.
      Gregory B. Myers, Debtor
      All persons requesting notice