# Exhibit F

Entered: April 15th, 2026
Signed: April 14th, 2026

**SO ORDERED**

The Court denied the Debtor's motion to intervene. Therefore, the Debtor's motion for summary judgment is denied.



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br>GREGORY B. MYERS,<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>) |
| BRIAN KING, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROGER SCHLOSSBERG, TRUSTEE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 15-26033-MCR

(Chapter 7)

Adv. No.: 24-00007

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the "*Motion for Final Summary Judgment as to Count I of Third Party Complaint and Demand for Jury Trial*" (the "*Motion*"), [Dkt. #78], filed by the Debtor, Gregory B. Myers, the opposition thereto filed by Roger Schlossberg, the Chapter 7 Trustee herein, any other opposition or reply memoranda filed in connection with the *Motion*, and this Court being fully advised, it is hereby

**ORDERED**, that the *Motion* be, and the same hereby is, **DENIED**.

**END OF ORDER**

cc:    Roger Schlossberg, Esq.
       Frank J. Mastro, Esq.
       Maurice B. VerStandig, Esq.
       Gregory B. Myers, Debtor
       All persons requesting notice