United States Bankruptcy Court

District of Maryland

King,

    Plaintiff

Schlossberg,

    Defendant

Adv. Proc. No. 24-00007-MCR

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 02, 2026 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gregory B. Myers, 700 Gulf Shore Blvd N., Naples, FL 34102-5325 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | Gregory B. Myers, 700 Gulf Shore Blvd., N., Naples, FL 34102-5325 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frank J. Mastro | fmastro@schlosslaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

TOTAL: 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re:     Case No.: **15–26033 – MCR**     Chapter: **7**     Adversary No.: **24–00007**

**Gregory B Myers**
Debtor

**Brian King**
**Cristina King**
**Cristina and Brian King Children's Trust**
Plaintiff

vs.

**Roger Schlossberg**
Defendant

# DEFICIENCY NOTICE

DOCUMENT:     133 – Notice of Appeal to District Court Filed by Gregory B. Myers. Receipt Number Fee Due, Fee Amount $298 (related document(s)131 Order on Motion to Extend Time). Appellant Designation due by 6/15/2026. (Attachments: # 1 Exhibit A)(Arter, Laurie)

PROBLEM:     **The following items are deficient for the above pleading, and must be cured by 6/16/26. The filing fee was not paid.**

CURE:     The filing fee of $298 for Notice of Appeal must be paid.
(28 U.S.C. §1930)

Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Checks or money orders may be submited by mail with a copy of this notice enclosed to the following location:

    U.S. Bankruptcy Court
    Garmatz Federal Courthouse
    101 W. Lombard Street, Suite 8530
    Baltimore, MD 21201

Payments by cash, check or money order can also be made in Baltimore at the Clerk's Office in the Garmatz Federal Courthouse during regular business hours. Parties can also pay fees with a debit card online by scanning the QR code below or by visiting https://www.mdb.uscourts.gov/forms/filing–fees.



For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to

cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: <u>http://www.mdb.uscourts.gov/content/filing−requirements</u>.**
**Additional information for non−attorney filers: <u>http://www.mdb.uscourts.gov/content/after−filing</u>.**

Dated: 6/2/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301−344−3327

cc:    Debtor − Gregory B. Myers

defntc (rev. 09/01/2025)