# Exhibit A

## Gregory Myers, Trustee

**From:** brian@realestatedimensions.com
**Sent:** Friday, October 11, 2019 11:06 AM
**To:** 'Pelletier, Eric'
**Cc:** 'Lynch, Timothy'; Douglas M. Lederman; 'Mac VerStandig'; Edward M. Schwartz
**Subject:** RE: K1 for ServTrust- Attorney-client privilege

Hi Eric,

I spoke to Ed and Doug yesterday at Gorfine Schiller concerning the language and because the sensitivity of the language, can you rewrite the paragraph in question on Page 35 of the return with the exact language and date? He will amend the return with the corrected language.

Thank you,
Brian

---

**From:** Pelletier, Eric <epelletier@offitkurman.com>
**Sent:** Thursday, October 10, 2019 3:39 PM
**To:** brian@realestatedimensions.com
**Cc:** Lynch, Timothy <tlynch@offitkurman.com>; 'Mac VerStandig' <mac@mbvesq.com>; Edward M. Schwartz <ESchwartz@gsg-cpa.com>
**Subject:** RE: K1 for ServTrust- Attorney-client privilege

Are you referring to page 35, which mentions bankruptcy. I think that the answer is omit reference to the bankruptcy. I would also be more vague on the date if possible. Mac filed his lawsuit 9/14/2017. You could say "Serv Trust's interests were redeemed pursuant to the operating agreement no later than [pick a date 9/14/2017 or 1/1/2018]."

Brian/ Ed – does this clarify things?

Eric Pelletier

**Offit|Kurman®**
Attorneys at law

240.507.1739  Washington
240.507.1735  Facsimile
www.offitkurman.com



4800 Montgomery Lane  |  9th Floor  |  Bethesda, MD 20814

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named

1

above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**IRS CIRCULAR 230 DISCLOSURE**
To ensure compliance with requirements imposed by the IRS, we inform you that any US federal tax advice contained in this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** brian@realestatedimensions.com <brian@realestatedimensions.com>
**Sent:** Thursday, October 10, 2019 2:53 PM
**To:** Pelletier, Eric <epelletier@offitkurman.com>
**Cc:** Lynch, Timothy <tlynch@offitkurman.com>; 'Mac VerStandig' <mac@mbvesq.com>; Edward M. Schwartz <ESchwartz@gsg-cpa.com>
**Subject:** FW: K1 for ServTrust

Eric,

I was going to send out the 2018 ServTrust K1 but sent a copy to Mac prior to sending it out. He has concerns with the K1 that needs to be addressed with my accountant. My accountant at Gorfine Schiller that worked on this return is Ed Swartz – 410-356-5900. I have copied him on this email and left him a voice message to expect a call to make sure the return is correct. I have attached the K1 portion of the return and the complete 2018 return for your review.

Please let me know if you have any questions.

Thank you,
Brian

---

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Thursday, October 10, 2019 2:30 PM
**To:** Brian King <brian@realestatedimensions.com>
**Subject:** RE: K1 for ServTrust

Brian,

The last page is a bit of a problem – the form itself is fine, but this says the interest was redeemed "due to the fact that Serv Trust was going through bankruptcy." That is not the rationale for the redemption, and Serv Trust hasn't actually been in bankruptcy. Any way to get this edited? I'm happy to speak with the accountant if it would help...

(Also, it might be wise to have Eric Pelletier weigh in, since he is officially 6789's counsel. If my fingerprints are on this, it could well fuel another Greg motion...)

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)576-6885
mac@mbvesq.com

2

Twitter: @mac_verstandig

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**From:** Brian King <brian@realestatedimensions.com>
**Sent:** Thursday, October 10, 2019 11:17 AM
**To:** Mac VerStandig <mac@mbvesq.com>
**Subject:** K1 for ServTrust

Hi Mac,

Attached is the K1 for ServTrust for 2018. My accountant did not send out the K1 when he finished the return on September 15, 2018 when corporate returns were due. Do you want me to send this to Dan Ring? Should I send it certified?

The return reflects the redemption of ownership and 0.00% in all partner share accounts. Please let me know what you would like me to do.

Thanks, Brian

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.