# Exhibit B

## Greg Myers

| | |
|---|---|
| **From:** | Lynch, Timothy <tlynch@offitkurman.com> |
| **Sent:** | Tuesday, June 18, 2013 2:48 PM |
| **To:** | Greg Myers; Brian King |
| **Subject:** | FW: DC Property |

Gents: I am making this email intro – though I have spoken with each of you about this matter. Greg, Brian can meet with you in Baltimore at his place. I can make my office in Baltimore available to you all as well. I do not need to be at your meeting. I will leave it to you all to work out the details of your meeting place and time. I am happy to be assistance to you all – but to the extent you need anything from me but keep in mind that as you are both clients, I am in a position where I cannot advise either of you about the deal. The most I could do is created documents with terms that you all have agreed to.

Regards,

Tim Lynch