# Exhibit F

RE: [EXTERNAL] Request for Chapter 7 Trustee Bond Documents — Roger Schlossberg

From:  Rice, Jeanette (USTP) (jeanette.rice@usdoj.gov)

To:  gregbmyers@verizon.net

Date:  Monday, June 29, 2026 at 03:09 PM EDT

Mr. Myers,

The Chapter 7 Trustee bonds are filed with the Clerk of the Bankruptcy Court. Please reach out to the Clerk's office to request copies of the bonds for Roger Schlossberg.

**L. Jeanette Rice**
Assistant U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
301-344-6220
Jeanette.Rice@usdoj.gov

**From:** gregbmyers@verizon.net <gregbmyers@verizon.net>
**Sent:** Friday, June 26, 2026 11:39 AM
**To:** Rice, Jeanette (USTP) <Jeanette.Rice@usdoj.gov>
**Cc:** gregbmyers@verizon.net
**Subject:** [EXTERNAL] Request for Chapter 7 Trustee Bond Documents — Roger Schlossberg

Jeanette Rice
Assistant United States Trustee
Office of the United States Trustee
Region 4 — District of Maryland, Greenbelt Division

Re: Request for Chapter 7 Trustee Bond Documents — Roger Schlossberg
In re Gregory B. Myers, Case No. 15-26033

Dear Assistant United States Trustee:

I am the debtor in the above-referenced Chapter 7 case.

Please provide a copy of the current Chapter 7 trustee bond, blanket bond, declaration, schedule, rider, endorsement, continuation certificate, renewal, or other bond document identifying Roger Schlossberg as a covered Chapter 7 trustee.

Please also provide the bond documents covering Mr. Schlossberg for the period from January 1, 2017 through the present, including any declarations, schedules, riders, endorsements, renewals, amendments, or continuation certificates showing:

1. the applicable surety or sureties;
2. the effective dates of coverage;
3. the covered principal or trustee;

4. the applicable per-case limit;
5. the applicable aggregate limit; and
6. any case-specific, supplemental, or increased bond applicable to In re Gregory B. Myers, Case No. 15-26033.

Please provide the documents by email if possible. If any responsive bond documents are maintained by the Clerk of the Bankruptcy Court rather than by the Office of the United States Trustee, please let me know where they may be obtained.

Thank you.

Gregory B. Myers
(301) 325-2312
gregbmyers@verizon.net