USBC-MD G FILED
31 AUG '26 PM3:30

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

In re:
GREGORY B. MYERS,
Debtor.

Case No. 15-26033-MCR
Chapter 7

---

## GREGORY B. MYERS'S NOTICE OF MAILING AND SERVICE ADDRESS FOR NOTICE PURPOSES ONLY; EXPRESS RESERVATION OF RIGHTS

Gregory B. Myers, appearing pro se, files this Notice pursuant to Local Bankruptcy Rule 9010-2(a) and, until further notice, designates the following address solely for the receipt of Court notices and service of case-related papers transmitted by U.S. Mail:

> 4505 Wetherill Road
> Bethesda, Maryland 20816

This designation is administrative and for mailing and service purposes only. It does not constitute, and shall not be construed as, a change or admission concerning Mr. Myers's Florida citizenship, domicile, legal residence, primary residence, Florida homestead, ownership, title, possession, occupancy, or right of access.

Mr. Myers expressly maintains that the property located at 700 Gulf Shore Boulevard North, Naples, Florida 34102 (the "Naples Property") is and remains his property, legal and primary residence, Florida domicile, and Florida homestead.

Nothing in this Notice recognizes or concedes the validity or legal effect of any purported foreclosure judgment, judicial sale, certificate of sale, certificate of title, writ of possession, deed, order, or related act concerning the Naples Property. Nor shall this Notice be construed as an admission that any valid or legally effective transfer, divestiture, or termination of Mr. Myers's ownership, title, possession, occupancy, residence, homestead, or right of access has occurred.

3

Mr. Myers expressly preserves all claims, defenses, objections, appellate rights, and remedies concerning those matters.

U.S. Mail cannot presently be received reliably at the Naples Property because the U.S. Mail receptacle located there was removed and reported stolen. That practical impediment to receiving mail does not alter or affect any substantive legal or factual position expressly preserved by this Notice.

This Notice concerns mailing and service only. It does not amend or withdraw Mr. Myers's bankruptcy petition, schedules, statement of financial affairs, exemptions, Florida homestead claim, or any other allegation, claim, defense, objection, or legal position asserted by Mr. Myers in this case or any related proceeding.

Dated: August 31, 2026

Respectfully submitted,

Gregory B. Myers, pro se

Mailing and service address for notice purposes only:
4505 Wetherill Road
Bethesda, Maryland 20816

Florida primary residence, domicile, and homestead:
700 Gulf Shore Boulevard North
Naples, Florida 34102

Telephone: (301) 325-2312
Email: gregbmyers@verizon.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 31, 2026, I served a copy of the foregoing GREGORY B. MYERS'S NOTICE OF MAILING AND SERVICE ADDRESS FOR NOTICE PURPOSES ONLY; EXPRESS RESERVATION OF RIGHTS by first-class United States mail, postage prepaid, upon:

Frank J. Mastro, Esq.
Schlossberg | Mastro
P.O. Box 2067
Hagerstown, Maryland 21742
*Counsel for Chapter 7 Trustee Roger Schlossberg*

Gregory B. Myers, pro se