FILED: October 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1894 (L)
(8:25-cv-02103-TDC)

---

In re: GREGORY B. MYERS

Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee

Defendant - Appellee

and

BRIAN KING; CRISTINA KING; CRISTINA AND BRIAN KING CHILDREN'S TRUST

Plaintiffs - Appellees

---

O R D E R

---

This court's mandate issued **09/24/2026**, is recalled for the limited purpose of considering a timely petition for panel and/or en banc rehearing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk