FILED: October 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

___________________

No. 26-1894 (L)
(8:25-cv-02103-TDC)

___________________

In re: GREGORY B. MYERS

Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee

Defendant - Appellee

and

BRIAN KING; CRISTINA KING; CRISTINA AND BRIAN KING CHILDREN'S TRUST

Plaintiffs - Appellees

___________________

No. 26-1899
(8:25-cv-02338-TDC)

___________________

In re: GREGORY B. MYERS

Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee; BRIAN KING; CRISTINA KING; CRISTINA AND BRIAN KING CHILDREN'S TRUST

Appellees

---

No. 26-1901
(8:25-cv-02042-TDC)

---

In re: GREGORY B. MYERS

Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee; BRIAN KING; CRISTINA KING; CRISTINA AND BRIAN KING CHILDREN'S TRUST

Appellees

---

M A N D A T E

---

The judgment of this court, entered September 24, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*